IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RAHARRAKTE SAHU ATUM-RAYAY, )
doing business as 'Ex Rel' The )
Misnomer; 2017070404(S5023741) )
Thomas Trayon Joey; )
)
    Plaintiff, )
)
v. ) CASE NO. CV419-309
)
JOHN WILCHER; LOUISA ABBOTT, )
Executive Administrator; MR. JOE )
ROESCH, Public Defender; MICHAEL )
KELLEY, Public Defender; MR. )
CUNNINGHAM, Captain/Deputy; )
TAMMIE MOSLEY, Clerk of Court; )
SHERRON C. DAVIS, Clerk of )
Court; MEG HEAP, District )
Attorney; MRS. VANNANDA MURTY, )
Assistant District Attorney; )
)
    Defendants. )
)

# O R D E R

Before the Court is the Magistrate Judge's April 9, 2021, Report and Recommendation (Doc. 5), to which Plaintiff has not filed objections. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 18th day of May 2021.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA